474 A.2d 646

Commonwealth v. Wielgosz, Appellant.

Submitted November 18, 1983. Clement E. Kisailus, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.

LIPEZ, J., filed a dissenting memorandum.